UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK ANTHONY PALZER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 15-CV-564-GKF-JFJ |
| v. | ) |
| | ) |
| COXCOM, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S ASSUMED OPPOSED MOTION
TO EXCEED PAGE LIMITATION**

Plaintiff Mark Palzer ("Palzer" or "Plaintiff") respectfully requests leave of this Court to file his *Response to Defendant CoxCom, LLC's Motion for Summary Judgment* in excess of the 25-page limit set forth in N.D. LCvR 7.2(c). In support of this Motion, Plaintiff states as follows:

1. Due to the hour at which the undersigned attorney finished preparing Plaintiff's *Response*, it was not possible for him to communicate with defense counsel for the purpose of ascertaining whether Defendant objects to the instant request to exceed the page limitation set forth in in N.D. LCvR 7.2(c). Accordingly, the Court should assume that Defendant would oppose the relief sought by this *Motion*.

2. In responding to Defendant's Rule 56 motion, Plaintiff respectfully seeks leave to exceed the 25-page limit imposed by N.D. LCvR 7.2(c) by ten (10) pages (exclusive of cover, table of contents, table of authorities, and certificate of delivery).

3. The *Motion for Summary Judgment* to which Plaintiff now responds is itself thirty-two (32) pages in length, and includes seventy-four separately numbered "undisputed facts" to which Plaintiff must respond.

4. Despite diligently working to condense and avoid duplicative arguments, the undersigned counsel for Plaintiff respectfully submits that the additional ten (10) pages is necessary in order for Plaintiff to fully respond to Defendant's Rule 56 motion.

## CONCLUSION

Plaintiff Mark Palzer respectfully requests that an Order be entered allowing him to file his *Response to Defendant CoxCom, LLC's Motion for Summary Judgment* in excess of the 25-page limit set forth in N.D. LCvR 7.2(c).

**Respectfully submitted:**

**CAMP LAW FIRM**

By: *Christopher L. Camp*
Christopher L. Camp, OBA #18541
7122 South Sheridan Road, Suite #2-382
Tulsa, Oklahoma 74133
Telephone: (918) 200-4871
Facsimile: (918) 550-8337
E-mail: camplawfirm@gmail.com

**Attorney for Plaintiff Mark Palzer**

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 22, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

William W. O'Connor, Esq.
Keith Wilkes, Esq.
Margo Shipley, Esq.
William Drummond Deveney, Esq.

*/s/ Christopher L. Camp*
Christopher L. Camp, OBA #18541