# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

November 16, 2020

Jane K. Castro
Chief Deputy Clerk

Mr. Mark C. McCartt
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:**      **19-5094, Palzer v. Cox Oklahoma Telcom, et al**
           Dist/Ag docket: 4:15-CV-00564-GKF-JFJ

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's October 23, 2020 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:      Christopher Lincoln Camp
         Rachel B. Crawford
         William D. Deveney
         William Walker O'Connor
         Kevin Paul Simpson
         Keith A. Wilkes

CMW/mlb

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 19-5094 Palzer v. Cox Oklahoma Telcom, et al "Mandate issued" (4:15-CV-00564-GKF-JFJ) |
| **Date:** | Monday, November 16, 2020 8:49:22 AM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 11/16/2020 at 7:47:11 AM MST and filed on 11/16/2020

**Case Name:**   Palzer v. Cox Oklahoma Telcom, et al
**Case Number:**   19-5094
**Document(s):**   Document(s)

**Docket Text:**
[10786070] Mandate issued. [19-5094]

**Notice will be electronically mailed to:**

Mr. Christopher Lincoln Camp: camplawfirm@gmail.com, christopherlincolncamp@gmail.com
Mr. William D. Deveney: deveney@elarbeethompson.com, susan@elarbeethompson.com
Mr. Mark C. McCartt, Clerk of Court (oclk): CM-ECFIntake_OKND@oknd.uscourts.gov
Mr. William Walker O'Connor: boconnor@hallestill.com, lwilliams@hallestill.com, twallace@hallestill.com
Mr. Keith A. Wilkes: kwilkes@hallestill.com, kbear@hallestill.com

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Ms. Rachel B. Crawford
Newton, O'Connor, Turner & Ketchum
15 West Sixth Street, Suite 2700
Tulsa, OK 74119

Kevin Paul Simpson
Newton, O'Connor, Turner & Ketchum
15 West Sixth Street, Suite 2700
Tulsa, OK 74119

The following document(s) are associated with this transaction:
**Document Description:** Regular Mandate Letter - OJ
**Original Filename:** /opt/ACECF/live/forms/MichaelBarajas_195094_10786070_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=11/16/2020] [FileNumber=10786070-0]
[47710e5c2ae9cd972a9f582844ee79b78d9bcabeabe082e457dd7448bd93319b0418c8f47577a16fb2d456862ebcdad580a7543c5aa6c790fcf2e60415653883]]
**Recipients:**

- Mr. Christopher Lincoln Camp
- Ms. Rachel B. Crawford
- Mr. William D. Deveney
- Mr. Mark C. McCartt, Clerk of Court (oclk)
- Mr. William Walker O'Connor
- Kevin Paul Simpson
- Mr. Keith A. Wilkes